# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | | |
|---|---|---|
| CHARLES JUSTIN DUKE, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | CV420-003 |
| BOBBY SAPP, *et al.*, | ) ) ) | |
| Defendants. | ) | |

# ORDER

Charles Justin Duke is a prisoner at the Autry State Prison in Pelham, Georgia. He has submitted this 42 U.S.C. § 1983 Complaint alleging improper interrogation while incarcerated at the Worth County Jail in Sylvester, Georgia. Doc. 1. Duke, however, has sent his complaint to the Southern District of Georgia, which has no apparent link to his claim.

Both Pelham and Sylvester, Georgia are located in the Middle District of Georgia. 28 U.S.C. § 90(b)(2). As his claim arises from events that occurred in another district, the proper forum for this case is the United States District Court for the Middle District of Georgia. 28 U.S.C. § 1391(b) (venue); 28 U.S.C. § 1406 (district courts may dismiss or transfer cases suffering venue defects); *see* 28 U.S.C. § 90(b)(2). The

Clerk is **DIRECTED** to transfer this case to the Middle District of Georgia for all further proceedings.

**SO ORDERED**, this 2nd day of January, 2020.

_____
CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA